FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 22 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BLUMENTHAL DISTRIBUTING, INC. dba
OFFICE STAR PRODUCTS

   Plaintiff,

vs.

EXECUTIVE CHAIR, INC. dba
SHOP SEATING OF BROOKLYN

   Defendant.

---

10 1280

NOTICE OF MOTION TO ADMIT
COUNSEL PRO HAC VICE

Case No.

AMON, J.
GOLD, M.J.

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable _____ (Assigned Judge) at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Christie, Parker & Hale, LLP and a member in good standing of the Bar of the State of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff, Blumenthal Distributing, Inc. There are no pending disciplinary proceedings against me in any State or Federal court.

DATED: March 19, 2010

Respectfully submitted,

By _____
Edward R. Schwartz (7787)

**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Blvd., Suite 500
Pasadena, California 91105-7068
Phn:   (626) 795-9900; Fax: (626) 577-8800
Email:  ers@cph.com

Attorneys for Plaintiff,
BLUMENTHAL DISTRIBUTING, INC. DBA
OFFICE STAR PRODUCTS

*Application granted.*
*So Ordered*

s/Hon. Carol B. Amon

SES PAS893434.1-03/19/10 10:43 AM

3/24/10

-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUMENTHAL DISTRIBUTING, INC. dba OFFICE STAR PRODUCTS<br><br>Plaintiff,<br><br>vs.<br><br>EXECUTIVE CHAIR, INC. dba SHOP SEATING OF BROOKLYN<br><br>Defendant. | **AFFIDAVIT OF EDWARD R. SCHWARTZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>Case No. **10  1280**<br><br>AMON, J.<br><br>GOLD, M.J. |

State of California   )
                     ) ss:
County of Los Angeles )

Edward R. Schwartz, being duly sworn, hereby deposes and says the following:

1. I am a partner with the law firm of Christie, Parker & Hale, LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

//
//
//
//
//
//
//

-1-

Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff, Blumenthal Distributing, Inc.

DATED: March 19, 2010              By _____
                                        Edward R. Schwartz (7787)

**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Blvd., Suite 500**
**Pasadena, California 91105-7068**
**Phn:   (626) 795-9900; Fax: (626) 577-8800**
Email: ers@cph.com
Attorneys for Plaintiff,
BLUMENTHAL DISTRIBUTING, INC. DBA
OFFICE STAR PRODUCTS

State of California       )
                          )
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 18th day of March, 2010, by Edward R. Schwartz, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

ROXANNE GAINES
COMM. #1739047
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. APRIL 15, 2011

_____        (Seal)
Signature of Notary

SES PAS893426.1-*-03/19/10 10:36 AM

-2-

**THE STATE BAR
OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 2, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDWARD RICHARD SCHWARTZ, #147553 was admitted to the practice of law in this state by the Supreme Court of California on July 13, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

```
&%RPCourt Name: Eastern District of New York
Division: 1
Receipt Number: 4653012734
Cashier ID: egoddard
Transaction Date: 03/22/2010
Payer Name: CHRISTIE PARKER HALE LLP
----------------------------------
PRO HOC VICE
 For: CHRISTIE PARKER HALE LLP
 Case/Party: D-NYE-1-10-LB-000001-002
 Amount:         $25.00
----------------------------------
CHECK
 Check/Money Order Num: 113260
 Amt Tendered:  $25.00
----------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00

10-CV-1280

Pro Hac Vice for Edward R. Schwartz
```