

**CHRISTIE | PARKER | HALE** LLP
Leaders in Intellectual Property Law & Complex Litigation

PASADENA OFFICE
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Post Office Box 7068
Pasadena, CA 91109-7068
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

November 16, 2011

<u>Via ECF</u>

Honorable Chief Magistrate Steven M. Gold
U.S. DISTRICT COURT
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *Blumenthal Distributing, Inc. dba Office Star Products and Tung-Hua Su vs. Executive Chair Seating, Inc. dba Shop Seating of Brooklyn*
Civil Action No. 1:10-CV-01280-CBA-SMG
CPH Ref. O177:100.5

Dear Judge Gold:

Please be informed that on November 16, 2011, Plaintiff served a verification by Tung-Hua Su of Plaintiff's responses to Defendant's first set of interrogatories on Defendant's present counsel, Levi Huebner. Plaintiff also served a copy of Plaintiff's responses to Defendant's first set of interrogatories and requests for production of documents, which responses together with a copy of the responsive documents were originally served on November 29, 2010.

Respectfully submitted,

Edward R. Schwartz

ERS/ses
cc:   Levi Huebner (Via ECF)
      Elie Poltorak (Via ECF)
Enclosures

SES PAS1147962.1-*-11/16/11 1:13 PM

James B. Christie   (1904-1959)
Robert L. Parker    (1920-1980)
C. Russell Hale     (1916-2004)

David A. Dillard
Thomas J. Daly
Edward R. Schwartz
John D. Carpenter
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
Daniel R. Kimbell
Gary S. Dukarich
G. Warren Bleeker
Gabriel Fitch
Tiffany A. Parcher
Steven E. Lauridsen
Patrick J. Orme
Nikki M. Dossman
Derek W. Yeung
Jason C. Martone
Joshua T. Chu
David W. Klinger
Bruce A. Wagar, Ph.D.
Phyllis C. Simon
Justin O. Ehresmann, Ph.D.
Shaun P. Lee
Ryan M. Swank
Faustina Y. Lee

**Of Counsel**
Walter G. Maxwell
Richard A. Wallen

**Patent Agents**
Nicole Ballew Chang, Ph.D.

